FILED
October 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003860911

2
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

**MICHAEL ADRIEN MURPHEY**

Debtor(s).

Case No. 11-40775-C-7
DCN: SMD - 1

DATE: November 29, 2011
TIME: 9:30 a.m.
LOCATION: 501 I Street, 6th Floor
Department A
Courtroom 35 (6th Floor)
Sacramento, CA 95814

**MOTION TO APPROVE SALE OF REAL ESTATE INTEREST**

SUSAN DIDRIKSEN ("Trustee") hereby moves for approval of the sale of the estate's 33% interest in real property improved by a single family residence and commonly known as 2936 Chiplay Street, Sacramento, CA 95826 ("2936 Chiplay") for $23,800 to the Debtor. The proposed sale transaction will include credits for the Debtor's §703.140(b)(5) exemption in the amount of $19,800, leaving the estate with a net benefit of $4,000. In support thereof, it is respectfully represented that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on August 25, 2011. Trustee is the duly appointed trustee for the Debtors' estate.

2. Among the assets of the bankruptcy estate is the Debtor's 33% ownership in interest in 2936 Chiplay, which the Debtor valued at $152,000 or $50,160 for the 33% interest in his Schedule A.

3. The Debtor has exempted $19,800 of the interest using §703.140(b)(5) exemption.

Page 1

4. The Debtor's Schedule D listed liens secured by the property totaling $92,000 or approximately $31,000 for the 33% interest.

5. Upon further investigation, the trustee determined the entire property to be worth approximately $200,000.

6. The Debtor through his Attorney Jeremy Winter desires to buy and Trustee desires to sell the bankruptcy estate's interest in the foregoing property, subject to bankruptcy court approval.

7. The purchase price to be paid by the Debtor to the Trustee is $4,000 in the form of cashier's check in four monthly installments of $1,000.

8. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $500.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing.

9. Approving the sale is in the best interests of the estate given the complexity and costs of selling real property with multiple owners.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Respectfully submitted,

Dated: October 26, 2011

/s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee